

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

| | |
|---|---|
| Christopher James Williamson, Appellant | Appeal from the 123rd District Court of Panola County, Texas (Tr. Ct. No. 2024-C-156). Panel consists of Chief Justice Stevens and Justices van Cleef and Rambin. Memorandum Opinion delivered by Chief Justice Stevens. |
| No. 06-24-00205-CR      v. | |
| The State of Texas, Appellee | |

As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the judgment of the trial court.

We note that the appellant, Christopher James Williamson, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED MAY 22, 2025
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk